

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-15-00129-CV

**IN RE** Armando **HERNANDEZ** and Nancy Hernandez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On March 10, 2015, relators Armando Hernandez and Nancy Hernandez filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. *See* TEX. CIV. PRAC. & REM. CODE ANN. §51.014(a)(1), (4) (West 2015) (authorizing interlocutory appeal from orders appointing a receiver and granting temporary injunction). Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED without prejudice to relators' right to request emergency relief in the context of an interlocutory appeal. *See* TEX. R. APP. P. 29.3, 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 11, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, Fernando Saldivar, Jorge Calderon, and Jorge Saldivar*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.